FILED

08 MAR 26 PM 3:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand  08CR 0882 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| CARLOS HUMBERTO FIGUEROA-VILLELA, ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 3, 2008, within the Southern District of California, defendant CARLOS HUMBERTO FIGUEROA-VILLELA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Guatemala, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

CJB:nlv:San Diego
3/24/08

1 border from Mexico into the United States, that was a substantial step
2 toward committing the offense, all in violation of Title 8, United
3 States Code, Sections 1326(a) and (b).
4      It is further alleged that defendant CARLOS HUMBERTO FIGUEROA-
5 VILLELA was removed from the United States subsequent to October 12,
6 1993.
7      DATED: March 26, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney