1  DANIEL CASILLAS, ESQ., SBN 110298
   Attorney at Law
2  101 West Broadway, Suite 1950
   San Diego, California 92101
3  Tel: (619) 237-3777
   Fax: (619) 238-9914
4  Email: dcesq1@sbcglobal.net

5  Attorney for Defendant

FILED

APR 14 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0882-IEG |
|---|---|
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| CARLOS HUMBERTO FIGUEROA-VILLELA, | |
| Defendant. | |

CARLOS HUMBERTO FIGUEROA-VILLELA, the defendant in the above referenced matter, hereby substitutes DANIEL CASILLAS, 101 West Broadway, Suite 1950, San Diego, CA, 92101, tel.(619) 237-3777, as Attorney of Record in place and stead of David M.C. Peterson of Federal Defenders of San Diego.

DATED: 04-09-08                                              _____
                                                             CARLOS HUMBERTO FIGUEROA-VILLELA

I CONSENT TO THE ABOVE SUBSTITUTION.

DATED: 4-14-08                                               _____
                                                             DAVID M.C. PETERSON

I HEREBY ACCEPT THE ABOVE SUBSTITUTION.

DATED: 4-5-08                                                _____
                                                             DANIEL CASILLAS

IT IS SO ORDERED.
DATED 4/14/08
_____
UNITED STATES DISTRICT JUDGE