1 | DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
2 | 101 West Broadway, Suite 1950
San Diego, California 92101
3 | Tel: (619) 237-3777
Fax: (619) 238-9914
4 | Email: dcesq1@sbcglobal.net

5 | Attorney for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE IRMA E. GONZALEZ)

| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0882-IEG |
|---|---|
| Plaintiff, | DATE: June 9, 2008<br>TIME: 2:00 p.m. |
| vs. | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| CARLOS HUMBERTO FIGUEROA-VILLELA, | **1. COMPEL DISCOVERY**<br>**2. FILE FURTHER MOTIONS** |
| Defendant. | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND

NICOLE A. JONES, ASSISTANT UNITED STATES ATTORNEY.

Please take notice that on the above date and time, or as soon thereafter as counsel may be heard, defendant CARLOS HUMBERTO FIGUEROA-VILLELA, by and through his counsel, Daniel Casillas, shall bring the above-entitled motions.

## MOTIONS

Defendant CARLOS HUMBERTO FIGUEROA-VILLELA, by and through his counsel, Daniel Casillas, and pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, and the Fourth, Fifth, and Sixth Amendments of the United States Constitution, and all other applicable statutes and local rules hereby move this Court to grant the above-entitled motions.

08CR0882-IEG

1   These motions are based upon the instant motions, notice of motions, the statement of facts,
2   and the memorandum of points and authorities, the files and records in the above-entitled case, and
3   any and all other evidence that may come to this Court's attention prior to or at the time of the
4   hearing on these motions.

5   Dated: April 17, 2008

Respectfully submitted,

*s/DANIEL CASILLAS*
DANIEL CASILLAS
Attorney for Defendant
CARLOS HUMBERTO FIGUEROA-VILLELA